IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL ACTION FILE |
| DEMONTRA SHAROD LUCEAR, | NO. 4:16-CR-006-4-MHC-WEJ |
| Defendant. | |

## NON-FINAL REPORT AND RECOMMENDATION

This matter came before the Court regarding the competency of Defendant Demontra Sharod Lucear.  (See Order of June 14, 2019 [245].)  The most recent Forensic Evaluation of Mr. Lucear, conducted on February 28, 2019 by the Mental Health Department of the Federal Medical Center in Butner, North Carolina, found him competent to stand trial.  Moreover, the Acting Warden of that Center has certified that Mr. Lucear is able to understand the nature and consequences of the proceedings made against him and to assist properly in his own defense.  Counsel for Mr. Lucear did not challenge the evaluation or certification at the hearing held on July 11, 2019 [248].

The undersigned thus **REPORTS** that there is no reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  See 18 U.S.C. § 4241(a).  Therefore, the undersigned **RECOMMENDS** that the defendant be found competent and this case be set for trial at the convenience of the presiding District Judge.[1]

The Clerk is **DIRECTED** to docket **UNDER SEAL** the March 19, 2019 letters from the Bureau of Prisons to the Honorable Harold L. Murphy and to the Clerk of Court regarding Mr. Lucear as well as the February 28, 2019 Forensic Evaluation that accompanied those letters.

**SO RECOMMENDED**, this 15th day of July, 2019.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The Assistant United States Attorney informed the Court at the competency hearing that, had Mr. Lucear accepted the guilty plea offer extended early in these proceedings, he would have been released from custody in November 2018.  That offer is still available.  Defense counsel responded that he had relayed that offer to Mr. Lucear but he had refused it.

2