# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION FILE |
| v. | NO. 4:16-CR-006-4-MHC-WEJ |
| DEMONTRA SHAROD LUCEAR, | |
| Defendant. | |

## ORDER

This action comes before the Court on the Non-Final Report and Recommendation ("R&R") of Magistrate Judge Walter E. Johnson [Doc. 249] recommending that Defendant be found competent to stand trial. The Order for Service of the R&R [Doc. 250] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed within the time permitted.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain

error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no clear error and that the R&R is supported by law.

Accordingly, the Court **ADOPTS** the R&R [Doc. 249] as the Opinion and Order of the Court. It is hereby **ORDERED** that Defendant is found **COMPETENT TO STAND TRIAL**. A trial date will be set in a subsequent Order of this Court.

It is further **ORDERED** that the time between the date of the R&R and the issuance of this Order, shall be excluded in calculating the date on which the trial of this case must commence under the Speedy Trial Act because the Court finds that the delay is for good cause, and the interests of justice outweigh the right of the public and the right of the defendant to a speedy trial, pursuant to 18 U.S.C. § 3161, *et seq*.

**IT IS SO ORDERED** this 6th day of August, 2019.

/s/ Mark H. Cohen
MARK H. COHEN
United States District Judge