IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Indictment No. |
| | ) 4:16-CR-06-HLM-WEJ |
| DEMONTRA SHAROD LUCEAR, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW West Evans, Esq., with the law firm of Cox, Byington, Twyman & Johnson, LLP, who files this Notice of Appearance of Counsel for **DEMONTRA SHAROD LUCEAR**, the Defendant herein.

This 15th day of November, 2019.

                                      Respectfully submitted,

                                      COX, BYINGTON,
                                      TWYMAN & JOHNSON, LLP

                                      BY:  /s/ *M. West Evans*
                                      M. WEST EVANS

711 Broad Street                    Georgia Bar Number 131714
Rome, Georgia  30161          Attorneys for Defendant
(706) 291-2002
(706) 291-6242 facsimile

## CERTIFICATE OF SERVICE

I, M. WEST EVANS, do certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically serve a copy of the same via email notification upon the following attorneys of record:

> Jennifer Keen, Esq
> Assistant United States Attorney
> U.S. Attorney's Office
> 600 U.S. Courthouse
> 75 Spring Street, S.W.
> Atlanta, GA 30303

This 15th day of November, 2019.

>  /s/ *M. West Evans*
> M. WEST EVANS