# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

**4:16-cr-00006-MHC-WEJ**
**USA v. Brown et al**
**Honorable Mark H. Cohen**

Minute Sheet for proceedings held In Open Court on 11/20/2019.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 3:00 P.M.     COURT REPORTER: Alicia Bagley
TIME IN COURT: 4:00                 DEPUTY CLERK: Sam Johnston
OFFICE LOCATION: Rome

DEFENDANT(S): [4]Demontra Sharod Lucear Present at proceedings

ATTORNEY(S) PRESENT: Michael Evans representing Demontra Sharod Lucear
Jennifer Keen representing USA
Christopher Twyman representing Demontra Sharod Lucear

PROCEEDING CATEGORY: Jury Trial Concluded

MINUTE TEXT: Charge Conference; Government Evidence Continued Dillon James Leborgne, Sworn; Government Rests; Defendant makes an ORAL MOTION pursuant to Rule 29, Directed verdict as to Count 1, the Court heard from the parties. The Court Orally DENIES, the defendants motion. Defense has rested. Closing Arguments; Jury Charged. Jury excused for Lunch with instructions. Note 1 received by the Court. Court published the note to counsel. The Court inquired of two jurors regarding the note. Juror was excused and an alternate juror was asked to report. All the jurors are present and they have begun their deliberations. Jury returned with their verdict. Defendant was found to be guilty. Sentencing is set for January 6, 2020, at 1 p.m.Charge Conference; Government Evidence Continued Dillon James Leborgne, Sworn; Government Rests; Defendant makes an ORAL MOTION pursuant to Rule 29, Directed verdict as to Count 1, the Court heard from the parties. The Court Orally DENIES, the defendants motion. Defense has rested. Closing Arguments; Jury Charged. Jury excused for Lunch with instructions. Note 1 from the jury was received by the Court. Court published the note to counsel. The Court inquired of two jurors regarding the note. Juror was excused

|  |  |
|---|---|
|  | and an alternate juror was asked to report. All the jurors are present and they have begun their deliberations. Jury returned with their verdict. Defendant was found to be guilty. Sentencing is set for January 6, 2020, at 1 p.m. |
| HEARING STATUS: | Hearing Concluded<br>VERDICT: Defendant was found to be guilty. |
| TRIAL STATUS: | Trial Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. Exhibits returned to counsel for Plaintiff(s) |
| ADDL HEARING(S) SCHEDULED: | Sentencing Hearing set for Mon., Jan. 6, 2020 at 1:00 p.m. in Courtroom 353; |

One of the jurors Yvonne? made a racial Remark during our last long break on yesterday, is this normal?

Elizabeth

FILED IN OPEN COURT
11-20-19
James N. Hatten, Clerk
By: [signature]
Deputy Clerk

NOTE # 1