FILED IN OPEN COURT
James N. Hatten, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEMONTRA SHAROD LUCEAR,<br><br>Defendant. | CRIMINAL ACTION FILE<br><br>NO. 4:16-CR-06-04-MHC-WEJ |

## VERDICT FORM

**1.**

As to Count One of the Indictment, we, the Jury, unanimously find the Defendant DEMONTRA SHAROD LUCEAR:

____✓____                    _____
Guilty                                Not Guilty

If the response to this section is "Guilty,' please respond to Section 2. If the response to this section is "Not Guilty," you only need to sign and date this form.

**2.**

Having found Defendant DEMONTRA SHAROD LUCEAR guilty of Count One of the Indictment, do you the Jury, find that DEMONTRA SHAROD LUCEAR conspired to:

_____   steal firearms

_____   possess stolen firearms

____✓_____   both steal and possess stolen firearms

Page 1 of 2

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Rome, Georgia, this 20 day of November, 2019.

Jury Foreperson's Signature: _Andrew William Campbell_

Jury Foreperson's Printed Name: _Andrew William Campbell_